NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RAYMOND FERREN,               )
                              )
        Appellant,            )
                              )
v.                            )        Case No. 2D18-1738
                              )
DALE PENDLETON, as personal   )
representative of the Estate of Laveda P.  )
Ferren, deceased,             )
                              )
        Appellee.             )
_____ )

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Nicholas R. Thompson, Judge.

Allison M. Perry of Florida Appeals, P.A.,
Tampa; and Rana Holz of Rubinstein, Holz
& King, P.A., Fort Myers, for Appellant.

Mark A. Sessums and Lauren E. Jensen of
Sessums Law Group, P.A., Lakeland, for
Appellee.


PER CURIAM.

        Affirmed.

MORRIS, BLACK, and SALARIO, JJ., Concur.